August 4, 1978.

M. P. No. 78-293. SAMBO's OF RHODE ISLAND, INC. *v.* SHIRLEY McCANNA *et al.* Petition for Writ of Certiorari is granted and the writ shall issue forthwith.

Motion for a stay is denied. *Lovett & Linder, Ltd., Stephen G. Linder*, for petitioner. *Pasquate T. Annarummo*, Town Solicitor, for respondent.